19140. LONDON GUARANTEE & ACCIDENT COMPANY *et al. v.* COX.

JENKINS, P. J. The evidence of the claimant and of the doctor who examined him two days after the alleged injury fully authorized the industrial commission to find that the claimant suffered hernia on the right side on account of an accident arising out of and in the course of his employment; and the judge of the superior court did not err in sustaining the findings of the commission.

<em>Judgment affirmed. Stephens and Bell, JJ., concur.</em>

DECIDED JANUARY 22, 1929.

*Bryan & Middlebrooks, Chauncey Middlebrooks, O. W. Russell,* for plaintiffs in error.